, U.PROB 12B
(7/93)

Report Date: March 2, 2007

# United States District Court

## for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 8 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Karen D. Krause                Case Number: 2:03CR02027-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 2/17/2005             Type of Supervision: Probation

Original Offense: Fraudulent Issuance of Postal  Date Supervision Commenced: 2/17/2005
Money Orders, 18 U.S.C. § 500

Original Sentence: Probation - 36 Months         Date Supervision Expires: 2/16/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The offender submitted a urine sample on February 12, 2007, which tested positive for methamphetamine. The offender had reported to the probation office on that date to pay the balance of her restitution, as she had received a large social security disability payment. The probation officer had advised the offender that if she paid her restitution, and was otherwise in compliance, early termination would be requested. In addition, to obtaining a current criminal history, the probation officer needed a urine sample to insure the offender was in compliance. Unfortunately, the offender had used methamphetamine. She will be re-referred for a substance abuse evaluation and random urine testing. The offender has agreed to the requested modification required by recent case law in the 9th Circuit and has signed a waiver to that effect, which is enclosed for the Court's review.

The probation officer requests the Court take judicial notice to the offender's violation conduct and order the requested modification to assist the probation officer in assisting and monitoring the offender's substance abuse treatment process.

Prob 12B
Re: Krause, Karen D.
March 2, 2007
Page 2

                                                  Respectfully submitted,

                                       by

                                                  Kevin Crawford
                                                  U.S. Probation Officer
                                                  Date: March 2, 2007

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X] (JFVS)   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

March 7, 2007
Date